IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY W. LOLLIS                                                                            PLAINTIFF

v.                                    CIVIL No. 4:07-cv-4067

SGT. JONATHAN PAGE                                                                DEFENDANT

## JUDGMENT

For the reasons stated in the memorandum opinion of this date, I find the Defendant's motion for summary judgment (Doc. 12) should be and hereby is granted. This case is dismissed with prejudice.

**IT IS SO ORDERED** this **27th day of March 2008.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE